No. 431. IGNACIO ROSALES Y CUELI, PLAINTIFF IN ERROR, *v.* DOLORES MOYA Y RODRIGUEZ, GUARDIAN, ETC., ET AL. In error to the District Court of the United States for the District of Porto Rico. Motion to dismiss submitted April 24, 1905. Decided May 29, 1905. *Per Curiam.* Dismissed for the want of jurisdiction. *Royal Insurance Company* v. *Martin,* 192

U. S. 149; *Railroad Company* v. *Hopkins,* 130 U. S. 210; *Filhis* v. *Maurice,* 185 U. S. 108; *Louisville and Nashville Railroad Company* v. *Louisville,* 166 U. S. 709; *Harrison* v. *Morton,* 171 U. S. 38. *Mr. Frederic D. McKenney, Mr. Wayne MacVeagh* and *Mr. J. S. Flannery* for plaintiff in error. *Mr. George H. Lamar* for defendants in error.